**Order entered October 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00791-CV

### IN RE: STEVEN SPIRITAS, INDIVIDUALLY AND
### AS TRUSTEE OF THE SPIRITAS SF 1999 TRUST, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-08236**

## ORDER

Before the Court is relator's Petition for Writ of Mandamus. The Court requests that the

Real Parties in Interest and Respondent file their responses to the petition, if any, on or before

October 28, 2016.

/s/ CRAIG STODDART
JUSTICE